

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/14/2022

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

# MEMO ENDORSED

June 14, 2022

VIA ECF
Hon. Valerie E. Caproni
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

Re:  *Mohamed Rinsad Mohamed Mansoor v. Garland, et al.*, 22 Civ. 3083 (VEC)

Dear Judge Caproni:

This Office represents the government in this action in which the plaintiff seeks an order compelling U.S. Citizenship and Immigration Services ("USCIS") to adjudicate an Application for Naturalization (Form N-400).  On behalf of the government, I write respectfully to request a thirty-day extension of the time to respond to the complaint (*i.e.*, from July 12, 2022, to August 11, 2022).  In addition, I respectfully request that the initial pretrial conference presently scheduled for June 24, 2022, be rescheduled for a date during the week of August 22, 2022, or thereafter (with a corresponding extension of time for the preconference submission).  *See* ECF No. 2.

I respectfully request this extension because USCIS is reviewing the Form N-400 and determining next steps, which may include a Request for Evidence or other adjudicatory action that could render this action moot.  This is the government's first request for an extension of the deadline to respond to the complaint and an adjournment of the pretrial conference.  Plaintiff consents to these requests.

I thank the Court for its consideration of this letter.

                    Respectfully submitted,

                    DAMIAN WILLIAMS
                    United States Attorney

By:   *s/ Jacqueline Roman*
        JACQUELINE ROMAN
        Special Assistant United States Attorney
        86 Chambers Street, 3rd Floor
        New York, New York 10007
        Telephone: (347) 714-3363
        E-mail: jacqueline.roman@usdoj.gov
        *Attorney for Defendants*

cc:  Counsel of record (via ECF)

Application GRANTED.

Defendant's time to answer, move, or otherwise respond to the complaint is adjourned to **Thursday, August 11, 2022**.  The initial pretrial conference, currently scheduled for Friday, June 24, 2022 at 2:00 P.M., is adjourned to **Friday, August 26, 2022 at 10:00 A.M.**  Pre-conference submissions are due no later than **Thursday, August 18, 2022**.  For the conference information and a description of the pre-conference submission requirements, the parties should consult the Court's order at docket entry 2.

SO ORDERED.

Date: June 14, 2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE